IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:17cv569-MHT |
| | ) | (WO) |
| LT. TIMOTHY JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Russell County Jail, filed this lawsuit complaining, among other things, that a corrections officer at the Lee County Detention Center directed other inmates to attack him while he was detained there in 2016. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Ki-Shawn Powell be dismissed without prejudice for lack of service of process. There are no objections to the recommendation; instead, plaintiff filed a response to the recommendation agreeing to Powell's dismissal.

After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of May, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**