IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:17cv569-MHT |
| | ) | (WO) |
| LT. TIMOTHY JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 44) is adopted.

(2) Plaintiff's claims against defendant Ki-Shawn Powell are dismissed without prejudice for lack of service of process, and defendant Powell is terminated as a party to this action, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 9th day of May, 2018.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**